# AFFIDAVIT OF SERVICE

Client's File No.: _____

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

Civil Action No.: **EP22CV0223**
Date Filed: **June 29, 2022**

*Brandon Callier*

vs

*Plaintiff(s)/Petitioner(s)*

*Premium Merchant Funding One, LLC d/b/a PMF a New York Limited Liability*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: **July 7, 2022**, at the following time: **10:45 AM**, at **80 State Street, Albany, NY 12207** deponent served the within Civil Cover Sheet, Summons in a Civil Action, Plaintiff's Original Complaint

[X] Papers so served were properly endorsed with the Civil Action No. and date of filing.

Upon: **Premium Merchant Funding One, LLC c/o registered agent Corporation Service Company**

[ ] **Individual** By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State.    [ ] usual place of abode

[ ] **Mail** A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed to the above address on _____.

[X] **Corporation LLC / LLP** By delivering to and leaving with **"John Doe" Name Refused** said individual to be **Agent For Service Of Process** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** Deponent previously attempted to serve the above named defendant/respondent on:
1) ____ at ____   4) ____ at ____   7) ____ at ____
2) ____ at ____   5) ____ at ____   8) ____ at ____
3) ____ at ____   6) ____ at ____   9) ____ at ____

**Description of Recipient** Sex: Male   Color of skin: White   Color of hair: Lt. Brown   Age: 30 - 40 Yrs.   Height: 5' 8" - 6' 0"
Weight: 185-215 Lbs.   Other Features: ____

[ ] **Witness Fees** advanced payment was made.

[ ] **Military Service** I asked the person spoken to whether the defendant/respondent was in active military service and received a negative reply. The person spoken with wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations defendant/respondent narrated above. Upon information and belief, I aver that the recipient is not in military service.

[ ] **Other**

Sworn to before me on **July 7, 2022**

_____
Angela Roy

Salvatore J. Rico
Notary Public, State of New York
Reg. No. 02R16005345
Qualified in Albany County
Commission Expires April 13, 2026

Work Order #  **1711865**
**2030296**

SS

*Paper Chase NY, LLC 349 W Commercial St # 2360 East Rochester, NY 14445*