IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BRANDON CALLIER, § § **Plaintiff,** § § v. § **CAUSE NO. EP-22-CV-223-KC** § PREMIUM MERCHANT FUNDING § ONE, LLC, d/b/a PMF, a New York § Limited Liability Company, § § **Defendant.** § | |

## ORDER

On this day, the Court considered the above-captioned case. On September 9, 2022, the Court ordered the parties to submit final closing papers on or before October 24, 2022. Sept. 9, 2022, Order, ECF No. 16. The deadline has since passed, and no additional filings have been made in the matter. Therefore, the Court **ORDERS** that the above-captioned case is **DISMISSED** without prejudice to the rights of any party to move to reopen **on or before November 25, 2022**.

The Clerk shall close the case.

**SO ORDERED**.

SIGNED this 26th day of October, 2022.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE